# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

PATRICK L. SHERMAN                                              PLAINTIFF
ADC # 096304

v.                            No. 4:24-cv-1042-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;   LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;   WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;   ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;   WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;   SARAH HUCKABEE
SANDERS, Governor, Arkansas;   and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                     DEFENDANTS

## ORDER

Sherman's motion for recusal, *Doc. 8*, is denied.   The Clerk opened individual cases for Sherman and the other plaintiffs listed in his complaint because none of them are lawyers and they can only represent themselves *pro se*.   No one knowing all the material facts could reasonably question my (or Magistrate Judge Ervin's)

impartiality.   28 U.S.C. § 455(a).   Sherman's frustration with case handling, and his unfounded accusation of foot-dragging, aren't valid bases for recusal.   *Dossett v. First State Bank*, 399 F.3d 940, 953 (8th Cir. 2005).

His motion for copies, *Doc. 11*, is granted.   The Court directs the Clerk to send Sherman a copy of *Doc. 10*.   His other motions, *Doc. 9 & 10*, are denied.   The three-strike provision doesn't violate Sherman's right of access to the courts.   *Higgins v. Carpenter*, 258 F.3d 797, 799-800 (8th Cir. 2001).   And, for the reasons previously stated, *Doc. 5 at 1-2*, Sherman cannot proceed *in forma pauperis* in this case.

So Ordered.

D.P. Marshall Jr.
United States District Judge

3 February 2025

- 2 -