IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICK L. SHERMAN                                                          PLAINTIFF
ADC # 096304

v.                              No. 4:24-cv-1042-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;  LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;  WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;  ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;  WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;  SARAH HUCKABEE
SANDERS, Governor, Arkansas;  and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                                DEFENDANTS

ORDER

Motion, *Doc. 15*, granted. The Court directs the Clerk to send Sherman a copy of the docket sheet in this case.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2025